United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 14-07908-KRM
William Gerhauser                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8         User: jmontero         Page 1 of 3         Date Rcvd: Jul 10, 2014
                             Form ID: B9A          Total Noticed: 114

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2014.
```
db         +William Gerhauser,    3225 S. MacDill Ave. Ste. 129-339,    Tampa, FL 33629-8171
24727954    AAA Above All,    25105 SW 142nd Ave,    Homestead, FL 33032
24727967   +AT&T Mobility,    UA Asset Management, Inc.,    c/o EOS CCA,    700 Longwater Dr.,
             Norwell, MA 02061-1624
24727955    Ace Elevator Company,    3240 North 29th Ave,    Hollywood, FL 33020
24727956   +Alan Lipay,    10810 SW 61st St,    Miami, FL 33173-1207
24727957   +Allied Interstate, Inc.,    3000 Corporate Exchange,    Columbus, OH 43231-7684
24727958   +American Food Equipment,    301 N. Miami Ave,    Miami, FL 33128-7702
24727959   +Andrew Lloyd Salmon,    1703 Charles St,    Richmond, VA 23226-3503
24727960   +Andrew Young,    1324 Michigan Avenue,    Miami Beach, FL 33139-3823
24727961   +Angelo Fresquet,    4500 NW 99th Ct,    Apt 306,    Miami, FL 33178-3307
24727962   +Antares,    7250 NW 36th Ave,    Miami, FL 33147-5834
24727963   +Aramark,    1101 Market St,    Philadelphia, PA 19107-2988
24727964   +Arce Produce,    6241 SW 106th Ave,    Miami, FL 33173-2854
24727965   +Arp Group,    1100 E. Oakland Park Blvd,    Fort Lauderdale, FL 33334-2757
24727971   +Bryan Chwast,    15902 SW 90th Ct B,    Palmetto Bay, FL 33157-1983
24727972   #+Bureau of Collections,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
24727973   +Cape Florida Seafood,    7304 Northwest 34th St,    Miami, FL 33122-1262
24727975   +Carlos Aguiles,    760 Jefferson Ave 3,    Miami Beach, FL 33139-8571
24727976   +Carmel F Dubuqe,    1111 Lincoln Road,    Suite 805,    Miami Beach, FL 33139-2451
24727977   +Charles Hurley,    2728 Eloise St,    Sarasota, FL 34231-5911
24727979   +Cheney Brothers Inc.,    1 Cheney Way,    West Palm Beach, FL 33404-7000
24727980    Coca Cola Enterprises,    2500 Winding Ridge Pkwy,    Atlanta, GA 30339
24727981   +Collosso Productions,    13231 NW 8th St,    Miami, FL 33182-1817
24727989   +DJ Chino,    c/o Artist Related, LLC,    1410 Sunset Harbour Dr,    Suite 212,
             Miami Beach, FL 33139-1408
24727984   +Daniel Betancur,    15127 NW 87th Pl,    Hialeah, FL 33018-1385
24727985   +Daniel Zorich,    900 West Ave 737,    Miami Beach, FL 33139-5213
24727986   +Danilo Delpozo,    3601 Texas Dr 538,    New Orleans, LA 70114-6790
24727987   +David Sanchez,    3320 SW 26th St,    Miami, FL 33133-2028
24727988   +Diana Levy,    13231 NW 8th St,    Miami, FL 33182-1817
24727990    Dominique Meunier,    2288 SW 16th St,    Miami, FL 33145
24727991   +Double Park LLC,    101 Ocean Dr,    Miami Beach, FL 33139-7212
24727992   +Douglas Francia Figueroa,    291 Bal Bay Drive,    Apt #303,    Miami Beach, FL 33154-1359
24727993   +Earnest/Tighe Law Firm, P.A.,    103 NE 4th St,    Fort Lauderdale, FL 33301-3239
24727995   +Farhan Naseer,    510 N Birch Rd,    Fort Lauderdale, FL 33304-4000
24727997   +Flornoy Smith,    2973 NW 51st TE,    Miami, FL 33142-3562
24727998   +Frame Works,    3196 Commodore Plaza,    Coconut Grove, FL 33133-5818
24727999   +Frank Piazza,    15160 W Tranquility Lake Dr,    Delray Beach, FL 33446-3456
24728000   +Gabriel Castrec,    417 Santander Ave,    Coral Gables, FL 33134-6582
24728001   +General Hauling Service Inc,    1451 NW 20th St,    Miami, FL 33142-7723
24728002   +Geoffrey McFarlane,    11860 SW 122nd Pl,    Miami, FL 33186-5035
24728003   +George Roberts,    13253 SW 252nd Ln,    Homestead, FL 33032-2543
24728004   +Gold Coast,    10055 NW 12th St,    Miami, FL 33172-2761
24728005   +Graphic Banner & Signs,    1330 E. Commercial Blvd,    Oakland Park, FL 33334-5723
24728006    Great Florida Bank,    1501 E. Woodfield Rd,    Schaumburg, IL 60173-6052
24728007   +Guillermo Mignone,    8305 SW 72nd Ave,    307A,    Miami, FL 33143-7668
24728008   +Hershell Tramel Harris,    3401 Grand Avenue,    Apt #5,    Miami, FL 33133-5073
24728010    Inhaus,    700 SW 57th Terr,    Suite 219,    Hialeah, FL 33012
24728012   +Isaac Maestro,    15501 SW 30th St,    Miami, FL 33185-4951
24728013    J & J Sports Productions,Inc,    c/o Levey, Filler, eet al.,    1688 &lt;erodoam Ave. Ste. 900,
             Miami Beach, FL 33139
24728014   +Jim Camacho Music,    5500 SW 64th Place,    Miami, FL 33155-6473
24728015   +Johana M. Fernandez,    4000 NE 169 Street,    Apt #502,    North Miami Beach, FL 33160-3207
24728016   +Julia Ruiz,    1246 Obispo Ave,    Coral Gables, FL 33134-3510
24728017   +La Compagnie Des Desserts,    c/o Pierre Marc Bellion,    186 Harbor View Dr,
             Tavernier, FL 33070-2662
24728018   +La Parisienne Bakery,    1909 NE 154th St,    Miami, FL 33162-6088
24728019   +Leandro Alvarez Insua,    1106 Collins Ave, #CO-7,    Miami Beach, FL 33139-4605
24728020   +Leonard Bolanos,    136 Anchor Drive,    Ponce Inlet, FL 32127-6902
24728021   +Lowell J. Kuvin,    Law Office of Lowell J Kuvin,    17 East Flagler St,    Suite 223,
             Miami, FL 33131-1042
24728022   +Luckto Fire Sprinkler System,    3456 W. 84th St,    Suite 109,    Hialeah, FL 33018-4925
24728023   +Luis Barthelmes,    1115 NW 30th Pl,    Miami, FL 33125-2947
24728024   +Marcie Bash,    731 SW 93rd TE,    Pembroke Pines, FL 33025-1148
24728027   +Michael Alexander Harris,    3395 Grand Avenue,    Apt #3,    Miami, FL 33133-5049
24728028   +Michael Arce,    5244 SW 133rd Court Dr,    Miami, FL 33175-5263
24728029   +Michael Miller,    c/o Miami Heat,    601 Biscayne Blvd,    Miami, FL 33132-1801
24728030    Nespresso,    214 E. 52nd St,    Fl 5,    New York, NY 10022-6207
24728031   +Nighat Naseer,    c/o Scott M. Dimond, Esq.,    Dimond, Kaplan & Rothstein,
             2665 S. Bayshore Dr, PH-2B,    Miami, FL 33133-5468
24728032   +Nissan Motor Acceptance,    P. O. Box 660360,    Dallas, TX 75266-0360
24728033   +Oscar Air Conditioning,    6540 NW 84th Ave,    Miami, FL 33166-2611
24728034   +Party King DJ,    1029 SW 5th St,    Apt 15,    Miami, FL 33130-2182
```

```
District/off: 113A-8          User: jmontero              Page 2 of 3                   Date Rcvd: Jul 10, 2014
                              Form ID: B9A                Total Noticed: 114

24728035      +Patricia Moreno,    1770 NE 175th St,    North Miami Beach, FL 33162-1546
24728036      +Performance Food Svc Empire,    3595 NW 125 St,     Miami, FL 33167-2413
24728037      +Pinnacle Hospitality Systems,    2001 West Cypress Creek Rd,    Fort Lauderdale, FL 33309-1865
24728039      +Protanos,    2301 North 22nd Ave,    Hollywood, FL 33020-2003
24728040       Public Storage,    P. O. Box 25050,    Glendale, CA 91221-5050
24728044      +RGE Distributing Co, Inc,    620 Mount Vernon St,    Oldsmar, FL 34677-3000
24728041      +Racctus Deignz,    15375 SW 23rd Ln,    Miami, FL 33185-5736
24728042      +Rader Foods Inc,    16390 NW 52nd Ave,    Hialeah, FL 33014-6210
24728043      +Regional Adjustment Bureau,    7000 Goodlett Farms Parkway,    Suite 501,    P. O. Box 34111,
                Memphis, TN 38184-0111
24728045       Ricky Tamayo,    1050 Brickell Ave,    #2220,    Miami, FL 33131-3909
24728046      +Rigg'd Enterprises, LLC,    251 NE 44th St,    Miami, FL 33137-3433
24728047      +Roam Entertainment,    3162 SW 147th Ct,    Miami, FL 33185-4026
24728048      +Roberto Plagaro,    333 SW 30th Rd 9,    Miami, FL 33129-2600
24728049      +Serve Program,    P. O. Box 14516,    Fort Lauderdale, FL 33302-4516
24728050      +South East Cutlery Svc,    407 NE 44th St,    Oakland Park, FL 33334-1422
24728051      +Steven Porter,    3690 SW 14th St 6,    Miami, FL 33145-1057
24728052      +Suntrust,    P. O. Box 85526,    Richmond, VA 23285-5526
24728053      +Suntrust Bankcard,    P. O. Box 85526,    Richmond, VA 23285-5526
24728054      +Susan Sapino,    1900 N Bayshore Dr,    Miami, FL 33132-3001
24728055      +Sylvester Smith,    6000 NW 20th Ave,    Miami, FL 33142-7851
24728056      +Symphony,    D'Angelo Realty Group,    709 East Las Olas Blvd,    Fort Lauderdale, FL 33301-2236
24728057       Sysco South Florida Inc,    73 W. Flagler Street,    Miami, FL 33130-1731
24728058      +Technology Insurance Co,    59 Maiden Ln,    6th Fl,    New York, NY 10038-4646
24728059      +The Produce Connection,    c/o Richard J. Stone, Esq.,    Two Datran Center,
                9130 S. Dadeland Blvd, 1-A,    Miami, FL 33156-7809
24728060      +Timothy Jordan,    6791 NW 22nd Ave 16,    Miami, FL 33147-7268
24728061      +Tourist Development Tax Rtn,    Walton County Clerk,    31 Coastal Centre Blvd,    Suite 500,
                Santa Rosa Beach, FL 32459-0505
24728062      +Travelers Anderson Insurance,    611 Camelia St,    Panama City Beach, FL 32407-3109
24728063      +Truly Nolen,    3636 E. Speedway Blvd,    Tucson, AZ 85716-4018
24728065      +World Security Electric,    7963 NW 14th St,    Miami, FL 33126-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: al@jpfirm.com Jul 10 2014 22:38:03     Alberto F Gomez, Jr.,
                Johnson Pope Bokor Ruppel & Burns, LLP,    403 East Madison Street, Suite 400,    Tampa, FL  33602
tr            +EDI: QASTATHOPOULOS.COM Jul 10 2014 22:28:00     Angela Stathopoulos,    Trustee,
                39040 US Highway 19 North,    Tarpon Springs, FL 34689-3957
ust           +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jul 10 2014 22:40:32
                United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
                Tampa, FL 33602-3949
24727966      +E-mail/Text: ron@rjrfirm.com Jul 10 2014 22:39:59     Arvon Funding, LLC,
                a/k/a Gordon Food Service,    c/o Roniel Rodriguez, IV,Esq,    20533 Biscayne Blvd #1243,
                Miami, FL 33180-1529
24727969       EDI: BANKAMER.COM Jul 10 2014 22:28:00     Bank of America,    P. O. Box 15026,
                Wilmington, DE 19850-5026
24727968       EDI: BANKAMER.COM Jul 10 2014 22:28:00     Bank of America,    P. O. Box 45224,
                Jacksonville, FL 32232-5224
24727974      +E-mail/Text: cms-bk@cms-collect.com Jul 10 2014 22:39:05     Capital Managment Services,,
                726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
24727978      +EDI: CHASE.COM Jul 10 2014 22:28:00     Chase Card Services,    P. O. Box 15298,
                Wilmington, DE 19850-5298
24727982      +E-mail/Text: CENHRT-E_Notice_Claim@cable.comcast.com Jul 10 2014 22:40:30     Comcast,
                One Comcast Center,    Philadelphia, PA 19103-2899
24727983      +EDI: CREDPROT.COM Jul 10 2014 22:28:00     Credit Protection Assoc, LP,    13355 Noel Rd,
                Dallas, TX 75240-6837
24727994      +E-mail/Text: bankruptcynotices@ecolab.com Jul 10 2014 22:39:16     Ecolab,    Ecolab Center,
                370 N. Wabasha St,    Saint Paul, MN 55102-1349
24727996       E-mail/Text: Bankruptcy@fpl.com Jul 10 2014 22:38:18     Florida Power & Light Co,
                FPL - General Mail Facility,    Miami, FL 33188-0001
24728009       E-mail/Text: legaldept@infiniteenergy.com Jul 10 2014 22:39:30     Infinite Energy,
                7001 SW 24th Ave,    Gainesville, FL 32607-3704
24728011       EDI: IRS.COM Jul 10 2014 22:28:00     Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
24728025      +E-mail/Text: m.wang@mka-world.com Jul 10 2014 22:40:23     Mark Kamin,    6363 Woodway,
                Suite 705,    Houston, TX 77057-1799
24728026      +E-mail/Text: collectionbranchlist@miamidade.gov Jul 10 2014 22:40:33     Miami-Dade Water & Sewer,
                3071 SW 38th Ave,    Miami, FL 33146-1520
24728064      +E-mail/Text: ebn.bankruptcy@usfoods.com Jul 10 2014 22:40:12     US Foodservice,
                7598 NW 6th Ave,    Boca Raton, FL 33487-1332
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 24727970*     Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
```

```
District/off: 113A-8          User: jmontero              Page 3 of 3                   Date Rcvd: Jul 10, 2014
                              Form ID: B9A                Total Noticed: 114

24728038    ##+Poes Rentals,   425 S. Dixie Hwy,    Coral Gables, FL 33146-2202
                                                                                        TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2014 at the address(es) listed below:
              Alberto F Gomez, Jr.    on behalf of Debtor William  Gerhauser al@jpfirm.com,
               al@jpfirm.com;andrenaw@jpfirm.com;katherines@jpfirm.com
              Angela    Stathopoulos    astathopoulos31@verizon.net,   astathopoulos@ecf.epiqsystems.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                         TOTAL: 3
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (03/14)     Case Number **8:14–bk–07908–KRM**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on July 8, 2014 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors – Do not file this notice with any proof of claim you submit to the court.*
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Gerhauser
3225 S. MacDill Ave. Ste. 129–339
Tampa, FL 33629

| Case Number:<br>8:14–bk–07908–KRM | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–7427 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Alberto F Gomez Jr.<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>403 East Madison Street, Suite 400<br>Tampa, FL 33602<br>Telephone number:  813–225–2500 | Bankruptcy Trustee (name and address):<br>Angela Stathopoulos<br>Trustee<br>39040 US Highway 19 North<br>Tarpon Springs, FL 34689<br>Telephone number:  727–938–8775 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse.

Date:  **August 8, 2014**                                           Time:  **02:30 PM**
Location: **Room 100–A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts:
October 7, 2014**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602<br>Telephone number:  813–301–5162 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date:  July 9, 2014 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**EXPLANATIONS** FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint – or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) – in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

| | |
|---|---|
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1−866−222−8029. |